**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00544-CV**

_____

**CATHY BRACKEEN KING, Appellant**

**V.**

**WILLIS INDEPENDENT SCHOOL DISTRICT AND POINT AQUARIUS MUNICIPAL UTILITY DISTRICT, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-11-12497 TX**

**MEMORANDUM OPINION**

The trial court signed the judgment on August 22, 2013. The notice of appeal was due to be filed by September 23, 2013. *See* Tex. R. App. P. 26.1. Cathy Brackeen King filed a notice of appeal on December 3, 2013. The Court notified the parties that the notice of appeal did not appear to have been timely filed, but the appellant did not file a response within the time specified in the notice.

1

The appellant failed to file a notice of appeal within the time for which we may grant an extension of time to perfect an appeal. *See* Tex. R. App. P. 26.3. The appellant also failed to respond to a notice from the clerk requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered March 6, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.